# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**<u>Sandra Alica Shuilema Cajilema</u>**

v.                                    Case No. 26-cv-181-PB-TSM

**<u>Chris Brackett, Superintendent,</u>**
**<u>Strafford County Department of Corrections, et al.</u>**

## <u>ORDER</u>

Sandra Alica Shuilema Cajilema filed the instant petition for a writ of habeas corpus on March 11, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Shuilema Cajilema's petition to the extent of affording her a bond hearing under 8 U.S.C. § 1226(a), based both on her apparent membership in the class certified in <u>Guerrero Orellana v. Moniz</u> and her similarity to the petitioner granted such relief on procedural due process grounds in <u>Destino v. FCI Berlin</u>. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Shuilema Cajilema meets the criteria for membership in the <u>Guerrero Orellana</u> class and would receive the same result as the petitioner in <u>Destino</u> were that case's reasoning applied here. <u>See</u> Doc. 4. While the government

gestures to certain arguments related to those authorities—which it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Shuilema Cajilema's continued detention without a bond hearing.

Accordingly, both because I am bound by the class-wide relief issued in Guerrero Orellana and because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Shuilema Cajilema a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Shuilema Cajilema's release during the pendency of her removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 18, 2026

cc:   Counsel of Record

2